UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHENGSHENG CHEN,

Petitioner,

v.

SERGIO ALBARRAN, et al.,

Respondents.

No.  1:26-cv-00798-DAD-AC

ORDER TO SHOW CAUSE

(Doc. No. 11)

On January 30, 2026, petitioner filed an initial motion for a temporary restraining order. (Doc. No. 2.)  On February 3, 2026, this court found that petitioner was a member of the *Bautista v. Santacruz*, No. 5:25-cv-01873-SSS-BFM, 2025 WL 3713987 (C.D. Cal. Dec. 18, 2025) "Bond Eligible Class" and granted petitioner's motion for a temporary restraining order in part, ordering that respondents "provide petitioner with an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) within seven (7) days of the date of entry of th[at] order[.]" (Doc. No. 10.)  On March 10, 2026, petitioner filed an additional motion for a temporary restraining order, alleging that respondents provided petitioner with a bond hearing on February 9, 2026 but without notice to petitioner or his counsel, and that the immigration judge denied bond at that hearing based on a lack of evidence presented by petitioner.  (Doc. No. 11 at 2, 11.) Petitioner alleges that he then requested an additional bond hearing, which was held on February 25, 2026, and where the immigration judge found that the immigration court lacked jurisdiction

1

pursuant to *Matter of Q. Li*, 29 I&N Dec. 66 (BIA 2025) and that petitioner was not a member of the *Bautista* class because he "was apprehended at the border[.]" (*Id.* at 2, 14.)

Respondents are ordered to show cause in writing by March 12, 2026 at 5 p.m. (1) why petitioner and petitioner's counsel were not provided notice of the February 9, 2026 bond hearing ordered by this court; (2) why the immigration judge found in the February 25, 2026 order that petitioner was not a member of the *Bautista* class despite this court's order finding that he was; and (3) why respondents did not disclose to this court that petitioner was "apprehended at the border" if that be the case. (Doc. No. 11 at 2, 11, 14.)

IT IS SO ORDERED.

Dated:   **March 10, 2026**                    _____
                                               DALE A. DROZD
                                               UNITED STATES DISTRICT JUDGE