UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHENGSHENG CHEN,

Petitioner,

v.

ALBARRAN, et al.,

Respondents.

No. 1:26-cv-00798-DAD-AC

ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AND DENYING RESPONDENTS' MOTION TO DISMISS

(Doc. Nos. 1, 7)

On January 30, 2026, petitioner filed a petition for writ of *habeas corpus* pursuant to 28 U.S.C. § 2241 challenging his detention by United States Immigration and Customs Enforcement ("ICE"). (Doc. No. 1.) On February 3, 2026, the court granted in part petitioner's first motion for a temporary restraining order, and on March 16, 2026, the court granted petitioner's second motion for a temporary restraining order. (Doc. Nos. 10, 14.) The court also directed respondents to meet and confer to submit a joint proposed briefing schedule and hearing date with respect to any motion for a preliminary injunction. (Doc. No. 14.) The parties requested that the court rule on the merits of petitioner's petition for writ of habeas corpus (Doc. No. 1) without further briefing or a hearing. (Doc. Nos. 15, 16.)

/////

/////

Accordingly, the court will grant petitioner's petition for writ of habeas corpus (Doc. No. 1). Specifically, the court incorporates and adopts the reasoning and relief granted in the court's order on petitioner's second motion for temporary restraining order (Doc. No. 14).

For the reasons explained above,

1. Petitioner's petition for writ of *habeas corpus* (Doc. No. 1) is GRANTED as detailed in the court's prior order (Doc. No. 14);
2. Respondents' opposition (Doc. No. 7), docketed as a motion to dismiss, is DENIED; and
3. The Clerk of the Court is also directed to ENTER judgment in favor of petitioner and to CLOSE this case.

IT IS SO ORDERED.

Dated: **September 28, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE